**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Elia Meneses Cruz,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-07374-PHX-MTM

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)

The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a 'significant likelihood of removal in the reasonably foreseeable future.' *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time." (Doc. 8.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for release from custody. The remainder of the Petition is **denied as moot**.

(2) Respondents must **immediately** release Petitioner from custody under the same conditions that existed before her detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Absent a significant change in Petitioner's circumstances, Respondents and their agents are enjoined from re-detaining Petitioner without **seven (7) days** prior written notice and an opportunity for Petitioner to be heard by a neutral judge on the reasons for the re-detention and consideration of bond, at which hearing the government must bear the burden of demonstrating by clear and convincing evidence that Petitioner is likely to flee or pose a danger to the community if not detained.

(5) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 16th day of October, 2026.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge